UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Case No.  06-cr-35-01/02-SM

<u>Brandon Legere and</u>
<u>Serjio Philbrick</u>

O R D E R

Defendant Philbrick's motion to continue the final pretrial conference and trial is granted (document 20).   Trial has been rescheduled for the July 2006 trial period.   Defendant Landers shall file a waiver of speedy trial rights not later than March 30, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  June 28, 2006 at 4:00 p.m.

**Jury Selection**:  July 6, 2006 at 9:30 a.m.

SO ORDERED.

_____
/Steven J. McAuliffe
Chief Judge

March 22, 2006

cc: Jeffrey S. Levin, Esq.
William E. Morse, AUSA
US Probation
US Marshal