UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                Case No.  06-cr-35-02-SM

Serjio Philbrick

## O R D E R

Defendant Philbrick's motion to continue the final pretrial conference and trial is granted (document 36). Trial has been rescheduled for the February 2007 trial period. Defendant Philbrick shall file a waiver of speedy trial rights not later than September 29, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea Hearing:** January 29, 2007 at 11:00 a.m.

**Jury Selection** (if necessary): February 6, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 21, 2006

cc:   Jeffrey S. Levin, Esq.
      James Gleason, Esq.
      William E. Morse, AUSA
      US Probation
      US Marshal